Matthew J. Piers (admitted pro hac vice)
mpiers@hsplegal.com
Joshua Karsh (admitted pro hac vice)
jkarsh@hsplegal.com
HUGHES, SOCOL, PIERS, RESNICK & DYM, LLP
Three First National Plaza
70 West Madison Street, Suite 2200
Chicago, IL  60602
(312) 580-0100
(312) 580-1994 (fax)

Attorneys for Plaintiffs

Jonathan I. Blackman
Jblackman@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
One Liberty Plaza
New York, NY  10006
(212) 225-2490
(212) 225-3999 (fax)

Attorneys for Defendants

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENORINO RAMIREZ CRUZ; LEOCADIO de la ROSA; LIBORIO SANTIAGO PEREZ; FELIPE NAVA; IGNACIO MACIAS; and RAFAEL NAVA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ESTADOS UNIDOS MEXICANOS; WELLS FARGO BANK; BANCO de MEXICO; BANCO NACIONAL de CREDITO RURAL, S.N.C., as successor in interest to the BANCO de CREDITO AGRICOLA, S.A.; and PATRONATO del AHORRO NACIONAL as successor in interest to the BANCO del AHORRO NACIONAL, S.A.,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 01-0892-CRB<br><br>**[DRAFT ~~PROPOSED~~ AGREED] ORDER EXTENDING DEADLINE FOR CLASS MEMBERS TO OPT OUT OF, OR SUBMIT OBJECTIONS TO OR COMMENTS IN FAVOR OF, THE PROPOSED SETTLEMENT** |

**IT IS HEREBY ORDERED** that:

**1.**     The deadlines for class members to either opt out of or submit objections to or comments in favor of the proposed settlement is extended to January 5, 2009, in conformity with the previous extension of the period for submission claim forms until January 5, 2009.

**IT IS SO ORDERED**, this  12th  day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE

